NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION,**
*Appellant*

**v.**

**LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC.,**
*Appellees*

---

2017-1881

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01653.

---

## JUDGMENT

---

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellant. Also represented by UPDEEP GILL.

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for appellees. Also represented by MICHAEL JONES, JOO MEE KIM, BRIAN ANDREW TOLLEFSON.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  June 8, 2018     /s/ Peter R. Marksteiner
      Date          Peter R. Marksteiner
                    Clerk of Court